AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

DAMONE FLOWERS
Plaintiff
v.
THOMAS CARROL - WARDEN D.C.C.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 - 356

I, DAMONE FLOWERS declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration DELAWARE CORRECTIONAL CENTER IN SMYRNA.

   **Inmate Identification Number (Required):** SBI # 303627

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☑ | ☐ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

Family members send monetary gifts month to month that is used to purchase hygiene products and perishable foods from the commissary.

4. Do you have any cash or checking or savings accounts?  · · Yes   ·✓ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   · · Yes   ·✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE.

I declare under penalty of perjury that the above information is true and correct.

MARCH 12, 2006            _Damone Flowers_
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

06-356

TO: Damone Flowers SBI#: 303607

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 15, 2006

---

Attached are copies of your inmate account statement for the months of September, 2005 to February 28, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 60.36 |
| Oct | 43.64 |
| Nov | 22.31 |
| Dec | 4.99 |
| Jan | 33.64 |
| Feb | 18.51 |

Average daily balances/6 months: 30.66

Attachments
CC: File

*Stacy Shane*
3/15/06

*Michael L.*
Notary Public
3/16/05

# Individual Statement

Date Printed: 3/15/2006

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.66 |
|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 9/5/2005 | $30.00 | $0.00 | $0.00 | $65.66 | 153358 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.95) | $65.66 | 161406 | 01285898246 | POSTAGE | A DAWSON |
| Canteen | 9/27/2005 | ($5.53) | $0.00 | $0.00 | $60.13 | 162153 | | | |
| Pay-To | 9/29/2005 | ($8.50) | $0.00 | $0.00 | $51.63 | 163372 | | AMER DOG BREEDE | |

Ending Mth Balance: $51.63

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 3/15/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $51.63 |
|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | ($3.95) | $0.00 | $0.00 | $47.68 | 168269 | | POSTAGE | |
| Canteen | 10/11/2005 | ($4.99) | $0.00 | $0.00 | $42.69 | 169633 | | | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($1.07) | $42.69 | 170436 | | 6/6/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($0.63) | $42.69 | 170711 | | CORRECTION 10/12 | |
| Mail | 10/17/2005 | $10.00 | $0.00 | $0.00 | $52.69 | 172642 | | | D. FLOWERS |
| Pay-To | 10/20/2005 | ($12.95) | $0.00 | $0.00 | $39.74 | 174195 | 08413300326 | NINTH ST BOOK STO | |
| Canteen | 10/25/2005 | ($4.98) | $0.00 | $0.00 | $34.76 | 175093 | | | |

Ending Mth Balance: $34.76

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 3/15/2006

## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $34.76 | |
|---|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/8/2005 | ($4.98) | $0.00 | $0.00 | $29.78 | 180792 | | | |
| Supplies-MailP | 11/11/2005 | ($1.07) | $0.00 | $0.00 | $28.71 | 182913 | 6/6/05 | | |
| Supplies-MailP | 11/11/2005 | ($0.63) | $0.00 | $0.00 | $28.08 | 183095 | | CORRECTION 10/12 | |
| Pay-To | 11/16/2005 | ($12.00) | $0.00 | $0.00 | $16.08 | 185294 | | XXL MAG | |
| Canteen | 11/22/2005 | ($4.98) | $0.00 | $0.00 | $11.10 | 186971 | | | |

Ending Mth Balance: **$11.10**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 3/15/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $11.10 |
|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($4.98) | $0.00 | $0.00 | $6.12 | 191644 | | | |
| Canteen | 12/20/2005 | ($4.99) | $0.00 | $0.00 | $1.13 | 197196 | | | |

Ending Mth Balance: $1.13

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of January 2006

Date Printed: 3/15/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.13 | |
|---|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/9/2006 | $50.00 | $0.00 | $0.00 | $51.13 | 205821 | 47208198114 | | M. JETER |
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($2.72) | $51.13 | 209085 | | 1/2/06 | |
| Canteen | 1/17/2006 | ($9.48) | $0.00 | $0.00 | $41.65 | 209853 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($1.83) | $41.65 | 211616 | | 1/8/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($1.11) | $41.65 | 211625 | | 1/8/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($2.30) | $41.65 | 211727 | | 11/10/05 | |

Ending Mth Balance: $41.65

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 3/15/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $41.65 |
|---|---|---|---|---|---|---|
| 00303627 | Flowers | Damone | | | | |
| Current Location: | SU/1 | | Comments: | QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2006 | ($9.99) | $0.00 | $0.00 | $31.66 | 215791 | | | |
| Supplies-MailP | 2/2/2006 | ($2.72) | $0.00 | $0.00 | $28.94 | 217352 | | 1/2/06 | |
| Supplies-MailP | 2/2/2006 | ($1.83) | $0.00 | $0.00 | $27.11 | 217717 | | 1/8/06 | |
| Supplies-MailP | 2/2/2006 | ($1.11) | $0.00 | $0.00 | $26.00 | 217725 | | 1/8/06 | |
| Supplies-MailP | 2/2/2006 | ($2.30) | $0.00 | $0.00 | $23.70 | 218006 | | 11/10/05 | |
| Canteen | 2/14/2006 | ($9.55) | $0.00 | $0.00 | $14.15 | 222419 | | | |
| Canteen | 2/28/2006 | ($9.99) | $0.00 | $0.00 | $4.16 | 227928 | | | |

Ending Mth Balance: $4.16

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00