DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD
SMYRNA, DE. 19977

CLERK of U.S. DISTRICT COURT FOR DELAWARE
LOCKBOX 18, BOGGS FEDERAL BUILDING
844 KING STREET
WILMINGTON, DE. 19801

5-29-06

06-356

RE: FLOWERS v. CARROLL, No. 9808000280.

FILED
JUN 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

This brief letter is to notify your office that I placed a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the prison mail system on May 24, 2006. My reason for wanting to notify your office is because the mail room here at D.C.C. has a bad habit of holding outgoing legal mail for up to 2 weeks after the inmate has placed the legal mail into the prison mail system.

This happened in my last round of legal proceedings in the State courts relating to my RULE 61 Motion for Post Conviction Relief. I placed my Notice of Appeal in the prison mail system within the 30 days allotted for filing a timely appeal in state courts. For unknown reasons the mail room held the outgoing Notice of Appeal for 9 days. Which resulted in the Notice of Appeal reaching the Clerk of the Delaware Supreme Court after the filing deadline had expired. The Delaware Supreme Court subsequently dismissed the appeal because the cause of the untimely filed appeal was not due to related to court personnel.

That was in April 2006. So I thought it prudent to notify your office ahead of time in the event that this problem should arise again. Of course, since D.C.C. or its mail room faces no penalties for delaying outgoing mail, they seem perfectly content delaying outgoing mail that has filing deadlines attached to it.

Just thought I would give your office a heads up. Thanks in advance.

Sincerely yours,
Damone Flowers
DAMONE FLOWERS



DAMONE FLOWERS
SBI# 303627   UNIT MHU 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 JUN 2006 PM 3 T

CLERK U.S. DISTRICT COURT FOR DELAWARE
LOCKBOX 18  BOGGS FEDERAL BUILDING
844 KING STREET
WILMINGTON, DE 19801