DAMONE FLOWERS

D.C.C.

1181 PADDOCK RD.

CLERK OF U.S. DISTRICT COURT FOR DELAWARE

LOCKBOX 18, BOGGS FEDERAL BUILDING

SMYRNA, DE. 19977

844 KING STREET

WILMINGTON, DE. 19801

5·23·06

06cv356

Dear Clerk,

Enclosed with this letter should be a check in the amount of $5.00 made out to your office, in order to process my application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Again, in one envelope is the actual petition and copies along with a BRIEF IN SUPPORT FOR EXCUSION OF EXHAUSTED BUT PROCEDURALLY DEFAULTED CLAIMS. In a second envelope is an OPENING BRIEF AND AN APPENDIX FOR THE OPENING BRIEF, in support for the writ of habeas corpus. And in a third envelope is a MOTION FOR EXPANSION OF THE RECORD and a MOTION TO INVOKE DISCOVERY. Copies accompany all subsequent briefs and motions.

If everything comports with the rules governing the filing of an application for writ of habeas corpus. Then please facilitate this paperwork. If there is anything more I need to do, please contact me immediately. Thanks in advance.

Sincerely yours,

DAMONE FLOWERS



FILED

JUN - 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



INMATIONE FLOWES WILMINGTON DE 197

SBI# 303627 UNIT/TIER PM 1 L

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

CLERK, U.S. DISTRICT COURT FOR DELAWARE

LOCKBOX 18, BOGGS FEDERAL BUILDING

844 KING STREET

WILMINGTON DE. 19801

13801+3513