IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAMONE E. FLOWERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-356-GMS |
| | ) | |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

At Wilmington this 10 day of June, 2006;

IT IS ORDERED that:

Petitioner Damone E. Flowers' motion to proceed *in forma pauperis* is DENIED as unnecessary. (D.I. 1.) Flowers paid the $5.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE