D.I. #_____

# CIVIL ACTION
# NUMBER: 06 cv 356

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0004 3169 6695

| | |
|---|---|
| Postage | $ 6.15 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.40 |

Postmark Here — AUG 2006 — WILMINGTON, DE 19880 — RODNEY SQ STA

Sent To: WARDEN TOM CARROLL
Street, Apt No. or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

06-356 GMS

PS Form 3800, June 2002      See Reverse for Instructions