D.I. #_____

# CIVIL ACTION
# NUMBER: _____06 CV 356_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 6.15 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.40 |

Postmark Here — AUG 10 2006

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No. or PO Box No. 820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE 19801

7005 1820 0004 3169 9988

PS Form 3800, June 2002    See Reverse for Instructions

06-356 GMS