United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 06-356 GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Beatrice Oney  C. Date of Delivery: 8/11/06 |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977<br><br>06-356 GMS | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 6695 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE