DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

9-12-06

Scanned- BD  9/15/06

FILED
SEP 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: 06-356-GMS; FLOWERS v. CARROLL et al

Dear Clerk,

　　Enclosed with this letter is a MOTION FOR SUMMARY JUDGMENT. In relation to the Court's order mailed to the respondents on AUGUST 3RD, 2006, the respondents were given forty-five (45) days to answer my HABEAS CORPUS petition. By my calculations that 45 days will expire on September 17, 2006, which is SUNDAY. In that mail does not run on the weekends here, I wanted to have this motion in the Court before the week was out. Because I am unsure of exactly when this MOTION would reach your office, I wanted to move on it ahead of time. If this MOTION has reached your office before SUNDAY, SEPT. 17, 2006, please delay filing the MOTION until then (9-17-06).

　　I pray that it conforms to standards and is duly filed on September 17, 2006. As always any assistance you can give me in this matter will be greatly appreciated. Thanks in advance.

Sincerely yours,
[signature]
DAMONE FLOWERS