IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAMONE E. FLOWERS, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 06-356-GMS |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) |
|     Respondents. | ) |

### SUPPLEMENTAL SERVICE O R D E R

At Wilmington this 28th day of September, 2006;

IT IS ORDERED that:

1. Petitioner Damone E. Flowers' motion for expansion of the record is construed to be a memorandum in support of his habeas petition. (D.I. 7.)

2. The clerk shall serve the memorandum in support (D.I. 7.) on the respondents by certified mail. The respondents shall respond to the memorandum in support, as well as to the petition and other supporting documents previously served and received by the respondents on August 14, 2006, within **forty-five (45) days of service,** and shall address the issues detailed in the court's order dated August 3, 2006. *See* (D.I. 14; D.I. 17; D.I. 18.)

UNITED STATES DISTRICT JUDGE



FILED

OCT - 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE