D.I. # _____

# CIVIL ACTION
# NUMBER:  06 CV 356 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

          OFFICIAL USE

Postage                 $  207
Certified Fee              240
Return Receipt Fee         185
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $ 6.32         06-356 GmS

Sent To      LOREN MEYERS
             DEPUTY ATTORNEY GENERAL
Street, Apt. No.; DEPARTMENT OF JUSTICE
or PO Box No.  820 N. FRENCH STREET
City, State, ZIP+4  WILMINGTON, DE  19801

7005 1820 0004 3164 6459

PS Form 3800, June 2002              See Reverse for Instructions
```

Postmark: OCT 3, WILMINGTON RODNEY SQ, USPS