D.I. #_____

# CIVIL ACTION NUMBER: 06cv 356 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Article Number: 7003 1680 0002 2585 9585

Postage                               $  2.67
Certified Fee                            2.40
Return Reciept Fee
(Endorsement Required)                   1.85
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees              $      6.32

Postmark: WILMINGTON E RODNEY SQ STA, OCT 2006

Sent To:   WARDEN TOM CARROLL  06-356 GMS
           DELAWARE CORRECTIONAL CENTER
Street, Apt. No. or PO Box No.: 181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002              See Reverse for Instructions
```