DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

11-2-06


06cv356 GMS
FILED
NOV -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: CIVIL ACTION NO. 06-356-GMS

Dear Clerk,

Regarding my HABEAS CORPUS PETITION which was filed in JUNE 2006. JUDGE SLEET issued an order on AUGUST 3, 2006, ordering the respondents to reply to the petition within 45 days. The respondents accordingly had until on or about SEPTEMBER 22, 2006. ON SEPTEMBER 19, 2006, the respondents filed a motion for extension of time asking until on or about OCTOBER 27, 2006, to file their response/reply. Subsequently, on SEPTEMBER 28, 2006, JUDGE SLEET issued a supplemental service order that the respondents also respond to the motion for expansion of the record within 45 days of service.

Okay OCTOBER 27, 2006, has come and gone, and I've yet to receive or be notified that the respondents have filed their response. My question to you is: 1. Has the respondents filed a response to the HABEAS CORPUS PETITION? 2. Past the first motion for extension has the State (respondents) been granted another extension? 3. Has the SUPPLEMENTAL SERVICE ORDER effected the respondents filing date? 4. IF IT HAS, when is the respondents reply due?

Additionally, on September 12, 2006, I sent a civil suit to your office (1983 FORM) along with a motion to proceed INFORMA PAUPERIS. I haven't received any reply from your office indicating that the civil suit has been filed or not. Please advise.

Any assistance you can give me regarding this matter will be greatly appreciated. I look forward to hearing from the CLERK's office in the near future.

SINCERELY YOURS,

*[signature]*

DAMONE FLOWERS

I/M DAMIQUE FLOWERS
SBI# 303627    UNIT MHU 21 DL8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570

WILMINGTON DE 197
04 NOV 2006 PM 1 T