IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAMONE E. FLOWERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-356-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Damone E. Flowers, has applied for federal habeas relief, challenging his April 2003 conviction by a Delaware Superior Court jury for first degree murder and possession of a firearm during the commission of a felony. D.I. 2. By the terms of the Court's order, the answer is due to be filed on November 20, 2006. D.I. 22.

2. Counsel has diligently been working on the answer in this case and has completed a substantial portion, but cannot complete the answer by Monday. Petitioner has alleged seventeen separate claims, one of which is broken down into several subparts. In addition to his petition (D.I. 2), Flowers also filed a 128-page opening brief in support of his petition (D.I. 5), a 10-page brief regarding exhaustion with attachments (D.I. 4), and a 200-page appendix (D.I. 6). This has taken considerable time to read and analyze. Moreover, undersigned's dependent family member has required extensive attention for the last month due to a medical problem, culminating in counsel's

unexpected absence from the office yesterday to be at the hospital with the family member. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

    3.    This is respondents' second request for an extension of time in this case.

    4.    Respondents submit that an extension of time to and including December 6, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: November 17, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  November 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on November 17, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Damone E. Flowers
    SBI No. 303627
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAMONE E. FLOWERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-356-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before December 6, 2006.

_____
United States District Judge