IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAMONE E. FLOWERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-356-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Damone E. Flowers, has applied for federal habeas relief, challenging his April 2003 conviction by a Delaware Superior Court jury for first degree murder and possession of a firearm during the commission of a felony. D.I. 2. By the terms of the Court's November 27 order, the answer is due to be filed on December 6, 2006.

2. Counsel has been diligently working on the answer in this case and has completed more than 30 pages, leaving only a small amount of work still to be completed. Pursuant to office policy, all filings must be reviewed by the Chief of Appeals before submission to the courts. The Chief of Appeals, however, is currently in trial in Superior Court for a postconviction hearing in a capital murder case. He was unable to review the answer after court yesterday, and he anticipates that he will not be able to review the lengthy answer and return it to the undersigned for filing until next week. In light of the situation, additional time is needed to complete the answer.

3.      This is respondents' third request for an extension of time in this case.

4.      Respondents submit that an extension of time to and including December 13, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

                                                  /s/ Elizabeth R. McFarlan
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French Street
                                                  Wilmington, DE 19801
                                                  (302) 577-8500
                                                  Del. Bar. ID No. 3759

DATE: December 6, 2006

## RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                  <u>/s/ Elizabeth R. McFarlan</u>
                  Deputy Attorney General

                  Counsel for Respondents

Date:  December 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on December 6, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Damone E. Flowers
    SBI No. 303627
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAMONE E. FLOWERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-356-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This \_\_\_\_\_day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before December 13, 2006.

_____
United States District Judge