IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAMONE E. FLOWERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-356-GMS |
| | : | |
| **THOMAS C. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief & Appendix (No. 264, 2003)

   b. State's Answering Brief & Appendix (No. 264, 2003)

   c. Appellant's Reply Brief (No. 264, 2003)

   d. Appellant's Letter (Jan. 20, 2006) (No. 30, 2006)

   e. Appellant's Letter (Jan. 24, 2006) (No. 30, 2006)

   f. Appellant's Letter (Feb. 7, 2006) (No. 30, 2006)

   g. State's Memorandum in Support of Dismissal (No. 30, 2006)

   h. Order (Apr. 4, 2006) (No. 30, 2006).

2. Notice is also hereby given that certified copies of the following Delaware Superior Court documents in ID No. 9809019760 have also been manually filed with the Court and are available in paper form only:

   a. Criminal Docket

    b.  Defendant's Motion for a New Trial (D.I. 79)

    c.  State's Response to Defendant's Motion for a New Trial (D.I. 80)

    d.  Order (Feb. 5, 2003) (D.I. 86)

    e.  Notice of Noncompliance (D.I. 102)

    f.  Defendant's Letter (Apr. 29, 2005) (D.I. 105)

    g.  Defendant's Letter (July 11,2005) (D.I. 107)

    h.  Defendant's Amended Motion for Postconviction Relief (D.I. 108).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

December 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 13, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Damone E. Flowers
    SBI No. 303627
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us