IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAMONE E. FLOWERS,
PETITIONER,

CIVIL ACTION No. 06-356-GMS

V.

THOMAS CARROLL, WARDEN,

AND CARL C. DANBERG, ATTORNEY

GENERAL OF THE STATE OF DELAWARE,
RESPONDENTS,



FILED
DEC 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR SUMMARY JUDGMENT

The petitioner, DAMONE E. FLOWERS, filed a WRIT OF HABEAS CORPUS petition in the District Court pursuant to 28 U.S.C. foll. § 2254 on JUNE 7, 2006. Having been reviewed pursuant to RULE 4; 28 U.S.C. 2254, the Court initially ordered the respondents to answer the habeas petition within forty-five (45) days of the AUGUST 3, 2006 ORDER. That answer was due to be filed on or about SEPTEMBER 22, 2006.

On SEPTEMBER 19, 2006, counsel for the respondents, ELIZABETH R. McFARLAN, moved without consent of the petitioner, for an extension of time. Citing several reasons, MRS. McFARLAN requested a time extension until OCTOBER 27, 2006, in which to file an answer to the habeas petition. The petitioner opposed the respondents' motion simultaneously filing a MOTION FOR SUMMARY JUDGMENT.

The Court did grant the respondent's motion but did additionally construe the petitioner's motion for expansion of the record to be a memorandum in support of the habeas petition.

The COURT ORDERED the respondents to answer within 45 days the memorandum in support, as well as the petition and other supporting documents previously served and received by the respondents in a SUPPLEMENTAL SERVICE ORDER dated SEPTEMBER 28, 2006.

On NOVEMBER 17, 2006, counsel for the respondents filed a second motion for extension of time, again citing mediocre reasons for being unable to answer the habeas petition. Therefore, the respondents requested until DECEMBER 6, 2006 to file an answer to the habeas petition. Again, the petitioner opposed the respondents' motion. The COURT did grant the motion for time extension.

As of today, DECEMBER 9, 2006, the respondents requested time extension date of DECEMBER 6, 2006 has passed without the respondents having filed their answer to the habeas petition or a third motion for extension of time in violation of the COURT'S ORDER. ACCORDINGLY, the petitioner requests that this COURT deems the respondent's failure to answer the habeas petition, the memorandum(s) and other supporting documents as a waiver of that opportunity and a violation of the COURT'S ORDER.

FURTHER, the petitioner again requests that this HONORABLE COURT appoint counsel for the effective utilization of discovery procedures pursuant to RULE 6(a), 28 U.S.C. 2254, as it relates to the petitioner's motion to invoke discovery which was filed simultaneously with the habeas petition. After that discovery process has been effectualized, the petitioner request this COURT to move to the merits of the HABEAS CORPUS petition, memorandum(s) and other supporting documents. In that the claims within the habeas petition are unopposed by the respondents, the petitioner requests that this COURT grant the writ.

DATE: DECEMBER 9, 2006

RESPECTFULLY SUBMITTED,

*/s/ Damone Flowers*

DAMONE E. FLOWERS



I/M DAMONE FLOWERS
SBI# 303627    UNIT MHU21 D-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT FOR DELAWARE
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570