DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

1·9·07


FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE: FLOWERS v. CARROLL et al; Civil Action No. 06-356-GMS

Dear Clerk,

   This letter is warranted to put this Court on notice that I intend to file a REPLY to the respondent's answer, which was filed on DECEMBER 13, 2006. According to my research, my REPLY should be filed within 30 days of the respondent's answer. That date would be JANUARY 12, 2006.

   I want to put the Court on notice that I have completed my REPLY and forwarded it to the MHU LAW LIBRARY for required copies. That was on SUNDAY, JANUARY 7, 2007. My expectations was that the LAW LIBRARY would receive it on MONDAY, JANUARY 8, 2007. Make the necessary copies and forward everything back to me on MONDAY night at mail call. Yesterday I had c/o McCARROLL call the LAW LIBRARY and speak with a MRS. MARIA LYONS - STAFF PARALEGAL. MRS. LYONS indicated that she had just gotten the mail boxes and had not went through everything but hoped to receive the REPLY, copy it and forward back to me on 1-8-07. That did not happen yesterday. So today I had c/o McCARROLL call over to the LAW LIBRARY again to inquire if my REPLY had been received, copied and ready to be forwarded to me. MRS. LYONS indicated that the LAW LIBRARY had not received my REPLY yet from the mailroom. As such, she planned to walk down to the mailroom and retrieve the REPLY herself. Under this assumption, I was hoping that the REPLY and copies would come tonight at mail call, at which point I can/could mail it to the Court. Again, the REPLY did not come back tonight at mail call, thus prompting this letter.

   This is exactly the problem I had last year at the exact same time regarding my NOTICE OF APPEAL that needed to be filed in the clerk of the Delaware Supreme Court by JANUARY 12, 2006. Hinderances

was dismissed due to untimely filing. This after I put the NOTICE OF APPEAL in the mail on JANUARY 8, 2006, but it was delayed here in the mail room and eventually reached the clerk's office on JANUARY 17, 2006.

I still have to get the REPLY from the LAW LIBRARY, which will likely be tomorrow, JANUARY 10, 2007. At which I need to forward it and an attached PAY-TO, to cover postage cost to the mail room. They will in turn need to weigh the envelope, complete the pay-to and forward same to the BUSINESS OFFICE to process the PAY-TO against my inmate account. This process should take a day but this facility is notorious for delaying outgoing legal mail. So I thought it best to send a letter in advance explaining this crazy situation because it is an ongoing problem with no solution. And since we (inmates) are made to shoulder any penalties that come from late filings, I want this letter documented for the record.

My REPLY is completed but I am waiting on the LAW LIBRARY to return it and copies to me so that I can forward it to the COURT. Again the holiday scheduling from WEDS. DECEMBER 20, 2006, through WEDS., JANUARY 3, 2007, pretty much shuts the facility down. The LAW LIBRARY is shut down and the mail room only processes papers (newspapers), magazines and legal mail. Everything else is held until general activities resumed on WEDS., JAN. 3, 2007.

Please forward this letter to JUDGE SLEET or notify him of this situation. I will forward all relevant documentation to prove that I sent my REPLY for copies in the LAW LIBRARY on SUN. JAN. 7, 2007. The general request form displays all relevant dates, so I will forward that to your office along with my REPLY.

I've studied the RULES governing § 2254 habeas corpus petitions, specifically RULE 5 - THE ANSWER AND THE REPLY. Although it does not specify, I am requesting an additional 5 days to file my REPLY. In the event that the LAW LIBRARY or the mail room continues to be the cause of the delay from my filing the REPLY. Hopefully everything will be completed and in the mail tomorrow, JANUARY 10, 2007 but again I don't know what delays the REPLY may face in the mail room.

Accordingly, I want this letter filed on the record and a copy forwarded to JUDGE SLEET. I am not waiving my right to REPLY to the respondent's answer, I am simply being held up by obstacles outside my control. I don't know if I can even ask for an extension of 5 days but in the event that I can. Then my REPLY should be in this office no later than JANUARY 17, 2007.

Any assistance given will be greatly appreciated.

RESPECTFULLY SUBMITTED,

*/s/ Damone Flowers*

DAMONE FLOWERS

DATE: JANUARY 9, 2007

I/M DAMONE FLOWERS
SBI# 303627          UNIT TMHU 21 D-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[LEGAL MAIL]

WILMINGTON DE 197
10 JAN 2007 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT OF DELAWARE
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE 19801-3570