DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

1-8-07

RE: FLOWERS v. CARROLL et al; Civ. Act. No. 06-356-GMS

FILED
JAN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

Dear Clerk,

On the same day as this letter I've placed my reply to the respondents answer, which was filed on December 13, 2006. In that I have 30 days to file a reply, the reply is timely filed on January 8, 2007. I've had trouble in the past with this facility delaying outgoing legal mail, so now I mail out two letter simultaneously to ensure that my legal mail reaches it destination in a timely manner or the Court will be notified that the outgoing mail has been placed in the prison mail system on a specific date.

I've enclosed copies of letters that I forwarded to the mail room and the Business Office here at D.C.C.

I pray that the REPLY conforms with the rules governoring habeas corpus petitions, and is thus submitted to JUDGE SLEET. Thanks in advance.

Sincerely yours,
Damone Flowers
DAMONE FLOWERS

*JANUARY 10, 2007

Dear Clerk,

The REPLY came back from the LAW LIBRARY today, 1-10-07. I will forward it to the mail room today, 1-10-07. Enclosed is the REQUEST FORM, stamped & dated by the LAW LIBRARY.

GENERAL REQUEST FORM       BLD. # __21__
                           Cell # __D-L-8__

This request should be used to request general information, case law and/or photocopies from the Law Library. Case Law is issued from the Law Library on a 5 for 5 basis. Photocopy requests will be honored for Legal items only. Any items deemed non-legal will need to be forwarded to the Business Office along with a Pay-To for .25 per page.

Dear MHU Law Library,

Enclosed is my REPLY to my habeas petition. An exhibit is with i.e. GRIEVANCE and RESOLUTION. Please staple together. I'll need 4 copies of the REPLY. ORIGINAL and one copy for the COURT. One copy each for my former defense attorney, THOMAS A. PEDERSEN ESQ., and present defense counsel, EUGENE MAURER ESQ. And one copy for my personal records.

Also give me one copy of each letter enclosed: 1. letter to the clerk; 2. letter to BUSINESS OFFICE and letter to mail room. In that I am on a time deadline I'll need these materials forwarded to me today (1-8-07). Any assistance will be greatly appreciated. Thanks in advance.

Sincerely yours,

Damon Flowers

Name __DAMONE FLOWERS__    S.B.I. __303627__    Date: __1-8-07__

Date Received: _____    Pay-to Log # _____
                RECEIVED
Date Sent _____         Staff Initials: _____
                JAN 10 2007
Staff Notes: _____
                MHU Law Library

GENERAL REQUEST FORM      BLD. # 21
                          Cell # D-L-8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case Law is issued from the Law Library on a 5 for 5 basis. Photocopy requests will be honored for Legal items only. Any items deemed non-legal will need to be forwarded to the Business Office along with a Pay-To for .25 per page.

Dear MHU LAW LIBRARY,

In a seperate envelope I sent my REPLY and several letters for copies. I forgot to include this post-conviction motion. It needs to be copied and stapled with the REPY as an attached exhibit. Sorry for the inconvenience. Thanks in advance.

Name DAMONE FLOWERS     S.B.I. 303027     Date: 1-7-07

Date Received: **RECEIVED**        Pay-to Log # _____

Date Sent        JAN 10 2007        Staff Initials: _____

Staff Notes:     **MHU Law Library**

TO: BUSINESS OFFICE

FROM: DAMONE FLOWERS

RE: PROCESSING PAY-TO(S) FOR LEGAL MAIL

DATE: 1-8-07

Dear Business Office,

    Today I placed a manila envelope in the mail addressed to the DISTRICT COURT. Attached to the envelope was a pay-to to cover postage cost once the envelope is weighed in the mail room. The pay-to was signed by c/o _____ in my presence. It should be logged and forwarded to your office no later than January 9, 2007. Please process the pay-to and charge the cost of postage to my account, where there are funds to cover those costs.

    I've had problems in the past with my out-going legal mail being delayed for several days for no apparent reason or because the BUSINESS OFFICE delayed processing the pay-to that covers postage cost. So please process this pay-to no later than January 9, 2007, since the outgoing mail needs to be mailed out of this facility by 1-9-07.

    Any assistance given in timely processing the pay-to will be greatly appreciated. Thanks in advance.

Sincerely yours,

DAMONE FLOWERS

TO: MAILROOM
FROM: DAMONE FLOWERS
RE: OUTGOING LEGAL MAIL
DATE: 1-8-07

Dear Mail Room,

Today I placed a manila envelope in the mail addressed to the District Court. Attached to the envelope was/is a pay-to that will cover the postage cost once the envelope is weighed in the mail. Please weigh and process this legal mail in a timely fashion as it must leave this facility no later than January 9, 2007. I've had problems in the past with my legal mail being delayed several days for no apparent reason, resulting in my appeal being dismissed due to untimely filing. So I would appreciate it if this mail can be timely mailed to the District Court.

Any assistance given in getting this outgoing legal mail into the mail by January 9, 2007 will be greatly appreciated. Thanks in advance.

Sincerely yours,

DAMONE FLOWERS

I/M DAMONE FLOWERS
SBI# 303627    UNIT MHU21 D-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 JAN 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL