IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAMONE E. FLOWERS,           )
                             )
     Petitioner,             )
                             )
v.                           )   Civ. A. No. 06-356-GMS
                             )
THOMAS CARROLL, Warden,      )
et. al.,                     )
                             )
     Respondents.            )

**ORDER**

At Wilmington this 5th day of Feb, 2007;

IT IS ORDERED that:

Petitioner Damone E. Flowers' motion for default judgment is DENIED.[1] (D.I. 21) Whether a default judgment is even available in a habeas corpus proceeding is subject to debate. *See Lemons v. O'Sullivan,* 54 F.3d 357, 365 (7th Cir. 1995)("Default judgment is an extreme sanction that is disfavored in habeas corpus cases"); *Gordon v. Duran,* 895 F.2d 610, 612 (9th Cir. 1990)("The failure to respond to claims in a petition for habeas corpus does not entitle the petitioner to a default judgment"); *Aziz v. Leferve,* 830 F.2d 184, 187 (11th Cir. 1987); *Allen v. Perini,* 424 F.2d 134, 138 (6th Cir. 1970). Regardless, because the court granted the State's motion for an extension of time to file its answer on December 13, 2006, an entry of default is

---

[1] Although Flowers' motion is titled "Motion for Summary Judgment", the contents clearly indicate that Flowers is requesting a default judgment due to the State's failure to file its answer within the initial 45 days originally specified by the court. Thus, the court construes the motion to be a motion for default judgment.

not warranted at this time. *See* Rule 5(a) of the Rules Governing Section 2254 Cases; Fed. R. Civ. P. 55.

_____
UNITED STATES DISTRICT JUDGE

