IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAMONE E. FLOWERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-356-GMS |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, and ATTORNEY | ) |
| GENERAL OF THE STATE | ) |
| OF DELAWARE, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 26th day of _____Feb._____, 2007;

IT IS ORDERED that:

Petitioner Damone E. Flowers' motion to invoke discovery is DENIED.  (D.I. 8.)

Flowers requests numerous documents and transcripts pertaining to statements allegedly made by

several witnesses regarding his innocence.  After reviewing the record provided, the court

concludes that there is no "good cause" to grant the request at this point in time.  *See* Rule

6(a)(b), 28 U.S.C. foll. § 2254; *Deputy v. Taylor*, 19 F.3d 1485, 1493 (3d Cir. 1994)(a petitioner

establishes "good cause" by "point[ing] to specific evidence that might be discovered that would

support a constitutional claim.").

UNITED STATES DISTRICT JUDGE