DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT                                8-20-07
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

**FILED**
**AUG 22 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE: FLOWERS v. CARROLL et al
    CIV. ACT. No. 06-356-GMS

Dear Clerk,

On or about MAY 17, 2007, I forwarded a MOTION(S)/MEMORANDUM IN SUPPORT OF HABEAS CORPUS PETITION to your office for filing. On or about JUNE 18, 2007, I again forwarded a SUPPLEMENTAL MEMORANDUM to your office for filing. Would you be so kind as to send me an updated docket sheet. I would like to be certain all subsequent filings have been docketed and forwarded to JUDGE SLEET.

Again, I need an updated docket sheet. Thanks in advance.

Respectfully yours,
Damone Flowers
DAMONE FLOWERS

I/M DAMONE FLOWERS

SBI# 305627    UNIT M-H-U 23

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

21 AUG 2007 PM 3 L

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE 19801-3570

19801357010    LEGAL MAIL