DAMONE FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18                                    8-26-07
WILMINGTON, DE 19801-3570

RE: FLOWERS v. CARROL et al; Civ. Act. No. 1:06-cv-00356-GMS

Dear Clerk,

   Thank you for the prompt request for an updated court docket sheet. Everything was in order with one exception. I did send to the court a SUPPLEMENTAL MEMORANDUM on or about JUNE 19, 2007, that was after the MEMORANDUM IN SUPPORT (#40). On the docket sheet there is no notation of this (#40-41). I've enclosed a copy of the SUPPLEMENTAL MEMORANDUM with this letter and ask that it be forwarded to JUDGE SLEET. Please advise me if this SUPPLEMENTAL MEMORANDUM was not filed in this court back in JUNE 07 and why? Then please forward to me an docket sheet that would reflect the filing of the SUPPLEMENTAL MEMO with the court.

   Again, thanks for the prompt response and I pray that the SUPPLEMENTAL MEMORANDUM has been forwarded to JUDGE SLEET back in JUNE 07 and the docket sheet just didn't note that. If the SUPPLEMENTAL MEMORANDUM wasn't sent to JUDGE SLEET back in JUNE 07 please explain to me why JUDGE SLEET did not receive it. I have had a problem with D.C.C. either delaying outgoing legal mail or it becoming lost in the prison mail system. So I'd like to know if the CLERK'S OFFICE actually received it.

   I look forward to a response in the near future. Thanks in advance.

P.S. I MAY HAVE SENT THIS SUPPLEMENTAL MEMO TO LOCKBOX 19 BACK IN JUNE 07.

                                                                  Sincerely yours,
                                                                  Damone Flowers
                                                                  DAMONE FLOWERS