DAMONE E. FLOWERS

D.C.C.

1181 PADDOCK RD.

SMYRNA, DE 19977

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE 19801-3570

FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

10-28-07

PSD scanning

RE: FLOWERS v. CARROLL et al; Civ. Action No. 06-356-GMS

Dear Clerk,

Back in MAY 2006, I filed a Habeas Corpus Petition in this court pursuant to §2254. Along with the petition I also filed: a BRIEF IN SUPPORT FOR EXCUSION OF EXHAUSTED BUT PROCEDURALLY DEFAULTED CLAIMS; an OPENING BRIEF AND APPENDIX; a MOTION TO INVOKE DISCOVERY; and a MOTION FOR EXPANSION OF THE RECORD. The case was assigned to JUDGE GREGORY M. SLEET. The AEDPA Election Form was sent to the petitioner on 7-10-06. That Election Form was filed by petitioner requesting the court to rule on 2254 as currently pending on 7-17-06.

In DECEMBER 2006, the RESPONDENTS filed a RESPONSE to the petitioner's habeas corpus petition. The petitioner filed a REPLY on 1-11-07. On FEBRUARY 27, 2007, JUDGE SLEET DENIED MOTION TO APPOINT COUNSEL and MOTION FOR SUMMARY JUDGMENT. On FEBRUARY 28, 2007, JUDGE SLEET DENIED MOTION TO INVOKE DISCOVERY.

In MAY 2007, the petitioner filed a MEMORANDUM in SUPPORT OF THE WRIT OF HABEAS CORPUS PETITION and refiled MOTIONS TO INVOKE DISCOVERY, APPOINTMENT OF COUNSEL and REQUESTS that defense counsel be ordered to answer to allegations of ineffective assistance of counsel raised in the petition. In JUNE 2007, the petitioner filed a SUPPLEMENTAL MEMORANDUM in this court re Petition for WRIT OF HABEAS CORPUS.

Additionally the petitioner filed a CIVIL COMPLAINT pursuant to 42 U.S.C. §1983 back in SEPTEMBER 2006. The CIVIL COMPLAINT was intricately linked to the Habeas Corpus Petition and accordingly the petitioner requested the Clerk to send a copy to JUDGE SLEET. To date there has been no case number

or judge assigned to that civil complaint.

The petitioner has become aware that JUDGE GREGORY M. SLEET has recently been appointed to the 3RD CIRCUIT COURT OF APPEALS. The petitioner would like to be made aware of any changes to the assigning of his petition JUDGE SLEET's appointment may cause. Additionally, the petitioner would like to know the status of the HABEAS CORPUS PETITION, the renewed MOTIONS TO INVOKE DISCOVERY and APPOINTMENT OF COUNSEL, as well as the ORDER to defense counsel.

Any information given that would shed light on the status of the case would be greatly appreciated. Thanks in advance.

Respectfully submitted,
DAMONE E. FLOWERS

I/M DAMONE FLOWERS
SBI# 303627    UNIT MHU 22 C-L-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 OCT 2007 PM 3 T

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX
WILMINGTON, DE. 19801-3570