

DAMONE E. FLOWERS

D.C.C.

1181 PADDOCK RD.

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE. 19801-3570

FILED

NOV 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

SMYRNA, DE. 19977

11·11·07

06- 356

07- 730

Dear MR. DALLEO,

   I did receive your prompt response to my recent inquiry concerning the status of my habeas corpus petition. While I truely appreciate your response I am a bit troubled by your indication that there is no record of a 1983 PRISONER CIVIL RIGHTS case being filed in the U.S. DISTRICT COURT BY me.

   I rechecked my files and located a copy of the actual complaint as well as the application to proceed without prepayment of fees and affidavit that I filed with the civil complaint. The civil complaint is not dated, as it was my personal copy not intended for the court. The application to proceed without prepayment of fees however is dated AUGUST 30, 2006. That date indicates the date D.C.C. Business Office personel processed my request for a print out of my inmate account for the previous six months, Information that must be included in the application. I'm sending these copies only to verify, if not prove, that I actually did attempt to file this exact civil complaint in the DISTRICT COURT back in SEPTEMBER 2006. My records indicate that I placed this complaint in the prison mail system on SEPTEMBER 12, 2006. Your office should have received it on or about SEPTEMBER 15, 2006.

   Additionally, I recall sending a cover letter with the complaint and application explaining that the civil complaint was directly linked to my habeas corpus petition which had been filed with the DISTRIST COURT in MAY 2006. A quick review of the complaint demostrates that it deals directly ███████ with allegations that the DELAWARE CORRECTIONAL CENTER denied me access to the courts by delaying out going legal mail past its filing deadline which resulted in an appeal of a RULE 61 motion for postconviction

relief being dismissed by the De. SUPREME COURT. Due to that dismissal the allegations raised in the RULE 61 MOTION became procedurally barred unless I satisfied the cause and prejudice standard when I moved those allegations into the DISTRICT COURT in the form of a habeas corpus petition. Again that petition was filed with this court in MAY 20(( (CASE No. 06-356-GMS). As such I asked that the complaint be assigned or forwarded to JUDGE SLEET since it was intricately linked to the habeas corpus petition.

 I assumed that the complaint would first be filed with the court and then sent to JUDGE SLEET. I apologize for that assumption. If possible can an inquiry be sent to JUDGE SLEET to see if His Honor received the complaint as an alternative to it actually being filed with the court? What I am trying to ensure is that the complaint was received by the court back in SEPT. 2006. In addition, I want to ensure that the issues raised in the complaint, being intricately linked to issues raised in the habeas corpus petition, are addressed.

 Again the 1983 CIVIL COMPLAINT and the Application to PROCEED WITHOUT PREPAYMENT enclosed herein are my own personal copies. I am not dating or signing them as I am not just now filing them with the court. I only wanted to send them to verify that this complaint was sent to the DISTRICT COURT back in SEPT. 2006. Essentially, I don't want to refile a civil complaint that may be floating around the DISTRICT COURT. Please email JUDGE SLEET to see if this complaint was sent directly to him. If he's never seen or heard of the complaint then it seems that the civil complaint never reached the DISTRICT COURT. I won't venture an unfounded accusation against the De. CORRECTIONAL CENTER's mail room. I will say out-going legal mail is often delayed, lost or somehow mishandled frequently here. As such I'll need to refile this civil complaint with adjustments to dates.

 Again thank you for your time and assistance. I look forward to hearing from you in the very near future. Thanks in advance.

Respectfully yours,

Damous Flowers

DAMOUS FLOWERS



I/M DAMONE E FLOWERS
SBI 303627    UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

MR. PETER T. DALLEO-CLERK
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON DE. 19801-3570

LEGAL MAIL



DAMONE E. FLOWERS

D.C.C.

1181 PADDOCK RD.

OFFICE OF THE CLERK

SMYRNA, DE. 19977

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

11·11·07

WILMINGTON, DE. 19801-3570

06- 356

07- 730

FILED

NOV 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE.

· RD scanned

Dear Mr. DALLEO,

   I did receive your prompt response to my recent inquiry concerning the status of my habeas corpus petition. While I truely appreciate your response I am a bit troubled by your indication that there is no record of a 1983 PRISONER CIVIL RIGHTS case being filed in the U.S. DISTRICT COURT By me.

   I rechecked my files and located a copy of the actual complaint as well as the application to proceed without prepayment of fees and affidavit that I filed with the civil complaint. The civil complaint is not dated, as it was my personal copy not intended for the court. The application to proceed without prepayment of fees however is dated AUGUST 30, 2006. That date indicates the date D.C.C. Business Office personel processed my request for a print out of my inmate account for the previous six months, Information that must be included in the application. Im sending these copies only to verify, if not prove, that I actually did attempt to file this exact civil complaint in the DISTRICT COURT back in SEPTEMBER 2006. My records indicate that I placed this complaint in the prison mail system on SEPTEMBER 12, 2006. Your office should have received it on or about SEPTEMBER 15, 2006.

   Additionally, I recall sending a cover letter with the complaint and application explaining that the civil complaint was directly linked to my habeas corpus petition which had been filed with the DISTRICT COURT in MAY 2006. A quick review of the complaint demostrates that it deals directly ▬▬▬ with allegations that the DELAWARE CORRECTIONAL CENTER denied me access to the courts by delaying out going legal mail

relief being dismissed by the De. SUPREME COURT. Due to that dismissal the allegations raised in the RULE 61 MOTION became procedurally barred unless I satisfied the cause and prejudice standard when I moved those allegations into the DISTRICT COURT in the form of a habeas corpus petition. Again that petition was filed with this court in MAY 20 (CASE No. 06-356-GMS). As such I asked that the complaint be assigned or forwarded to JUDGE SLEET since it was intricately linked to the habeas corpus petition.

I assumed that the complaint would first be filed with the court and then sent to JUDGE SLEET. I apologize for that assumption. If possible can an inquiry be sent to JUDGE SLEET to see if His Honor received the complaint as an alternative to it actually being filed with the court? What I am trying to ensure is that the complaint was received by the court back in SEPT. 2006. In addition, I want to ensure that the issues raised in the complaint, being intricately linked to issues raised in the habeas corpus petition, are addressed.

Again the 1983 CIVIL COMPLAINT and the Application to PROCEED WITHOUT PREPAYMENT enclosed herein are my own personal copies. I am not dating or signing them as I am not just now filing them with the court. I only wanted to send them to verify that this complaint was sent to the DISTRICT COURT back in SEPT. 2006. Essentially, I don't want to refile a civil complaint that may be floating around the DISTRICT COURT. Please email JUDGE SLEET to see if this complaint was sent directly to him. If he's never seen or heard of the complaint then it seems that the civil complaint never reached the DISTRICT COURT. I won't venture an unfounded accusation against the De. CORRECTIONAL Center's mail room. I will say out-going legal mail is often delayed, lost or somehow mishandled frequently here. As such I'll need to re-file this civil complaint with adjustments to dates.

Again thank you for your time and assistance. I look forward to hearing from you in the very near future. Thanks in advance.

Respectfully yours,

Damaus Flowers

DAMAUS S FLOWERS



I/M DAMONE E FLOWERS
SBI# 303627     UNIT MHU22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

MR. PETER T. DALLEO-CLERK

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILMINGTON, DE. 19801-3570

19801357D C012   [barcode]

LEGAL MAIL