DAMONE E. FLOWERS
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
LOCKBOX 18
844 KING STREET
WILMINGTON, DE. 19801

9-3-08

RE: STATUS OF 06-356 (GMS)

Dear Clerk,

  In the last several weeks it has been widely reported that due to a shortage of district judges in DELAWARE, that both criminal and civil cases coming before the district court would be sourced out to district judges from PHILADELPHIA and NEW JERSEY.

  In that my habeas petition has been pending before the HONORABLE GREGORY M. SLEET since its filing in MAY 2006. Will the out sourcing affect my case? In other words will cases already pending be placed back in the assignment pool?

  Additionally, can an updated DOCKET SHEET be sent to me? As always I appreciate your prompt response and any information that is forth coming. Thanks in advance.

Sincerely yours,
DAMONE E. FLOWERS



FILED
2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M DAMONE E. FLOWERS
SBI# 303627    UNIT MHU 22
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

WILMINGTON DE 197
05 SEP 2008 PM 3 T

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 KING STREET LOCKBOX 18
WILMINGTON, DE 19801